John Michael BRAY v. STATE of Arkansas

CR 95-436                                    898 S.W.2d 37

Supreme Court of Arkansas
Opinion delivered May 15, 1995

*Robert W. Bush*, for appellant.

No response.

PER CURIAM. The appellant, John Michael Bray, has

filed a motion for rule on the clerk. His attorney, Robert W. Bush, admits that the record was tendered late due to a mistake on his part. We find that such admission of fault by an attorney in a criminal case is good cause to grant the motion. *See Tarry* v. *State*, 288 Ark. 172, 702 S.W.2d 904 (1986).

The motion is therefore granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.